**FILED**

Valerie Fanchar
108 Lee Will Ave.
Riolinda, CA 95673

MAR 1 9 2009

**ORIGINAL**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

In Propria Persona/

## IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

2 0 9 - CV - 0 7 6 1 FCD JFM

VALERIE FANCHAR,
representing herself and
other members of the class
similar stated,

          Plaintiff,

vs.

WESTERN CAREER COLLEGE,
of Citrus Heights,
individually and in their
official capacity as an
Entity and Educational
Institution,
PHILLIP MURPHY, individually
and in his official capacity
as Executive Director at
Western Career College,
Citrus Heights,
PAUL MICHEL, individually and
in his official capacity as
Program Director at Western
Career College, Citrus Heights,
MARILYN LONG, individually
and in her official capacity
as Clinical Coordinator at
Western Career College,
Citrus Heights,

          Defendant's.

_____/

No. _____

1983 CIVIL RIGHTS COMPLAINT
UNDER EQUAL PROTECTION;
FREEDOM OF CONTRACT UNDER
THE CONSTITUTIONAL CONTRACT
CLAUSE: DELIBERATE DEPRIVATION
OF ACQUIRING AN EDUCATION

Monetary, Compensatory And
Punitive Damages Demanded

Jury Trial Demanded
(Seventh Amendment)

          1.   Plaintiffs, for their Complaint and cause of action, state and
allege as follows:

1.

# C O U N T   I – § 1 9 8 3

## BREACH OF CONTRACT UNDER THE CONSTITUTIONAL CONTRACT CLAUSE

### I .

2.    Jurisdiction of this Court is invoked pursuant to 28 USCS §§ 1331, 1343.  This action arises under the Fourteenth (14th) Amendment to the Constitution of the United States; 42 USCS § 1983, as hereinafter or more fully appears seeking relief under 45 USCS § 1903, and 28 USCS §§ 2201 and 2202.  The matter in controversy exceeds, exclusive of interest and costs, the sum of Ten Thousand Dollars ($10,000.00).

### I I .

3.    This is a proceeding for a declaration that Defendants have carried on and are continuing to carry on a public college school system that established  a Contractual Agreement with Plaintiff and other similar situated students  on the basis of intentionally breaching the contractual agreement and depriving Plaintiff and the other similar situated students of the necessary hours needed for completion of the program which would lead to obtaining a certificate in violation of 42 USCS § 1983.  Robinson Helicopter Co., Inc. v. Dana Corp., 22 Cal. Rptr. 3d 352, 102 P. 3d 268 (Cal. 2004)

### I I I .

4.    Plaintiff, Valerie Fanchar brings this action pursuant to Rule 23 of the Federal Rules of Civil Procedure on her behalf and on behalf of the class of other students similarly situated in the Western Career College, Citrus Heights because the class is so numerous that joinder of all members is impracticable; there are questions of law or fact common to the class; her claims are typical of the claims of the class; she will fairly and adequately protect the interest of the class; the prosecution of separate

actions by individual members would create a risk of inconsistent adjudication; the Defendants have acted or refused to act on grounds generally applicable to the class, thereby making appropriate and injunctive relief or corresponding declaratory relief with respect to the class as a whole; and the questions of law and fact common to the members of the class predominate over any questions affecting only individual members.

IV.

5. Defendant **PHILLIP MURPHY** (hereafter "Defendant Murphy") and Defendant Entity Western Career College, Citrus Heights, at all times pertinent to this Complaint, was duly elected Executive Director at the Western Career College District pursuant CDC Code 31-660803-61120272 for the purpose of organizing, recruiting college students attending the Surgical Technician Program at Western Career College, Citrus Heights, maintaining clinical extern sits for placement at a hospital upon completing the necessary hours needed for completion of the program which would lead to the college student becoming certified and provide proper education opportunities and services for all citizens residing within the college district.

V.

6. Defendant **MARILYN LONG** (hereafter "Defendant Long") of Western Career College, Citrus Heights, at all times pertinent to this Complaint, was the duly qualified and acting Clinical Coordinator of the Western Career College, Citrus Heights, and in doing the acts and things hereinafter set forth was acting in her representative capacity, under color of state and federal law;

VI.

7. Defendants **PAUL MICHEL** (hereafter "Defendant "Michel") of Western Career College, Citrus Heights, at all times pertinent to this complaint

3.

was the duly qualified and acting Program Director, and in doing the acts and things hereinafter set forth, all of the Defendant's, individually and representative capacities were acting under color of state and federal law. Each of the Defendant's are under the jurisdiction, management and control of this Federal Court.

## V I I .

8.  Plaintiffs are all residents and taxpayers of Sacramento County, and are or were college students (as defined by CDC 31-66803-6112072), at Western Career College, have qualified for a college education and have a right in accordance with CDC 31-66803-6112072, to a college education.

## V I I I .

9.  Plaintiff alleges that under the laws of the State of California, Defendant's, individually and the Entity of Western Career College, Citrus Heights has the power and the duty to provide proper educational opportunities and services for all citizens residing within the College District; to assign an accredited program to college students which will enable college students of Western Career College to obtain a job upon completion and certification of the college program, taking into consideration its duty to provide equal educational facilities from each student paying out any where from $34,000 to $43,000 in student loans in order to qualify to be a student at Western Career College, Citrus Heights.

## I X .

10.  Plaintiffs alleges that the Defendant's, individually, and in their official capacity and the Defendant Entity Western Career College, Citrus Heights has failed and continues to fail to provide adequate educational opportunity programs from failing to up-hold written contractual agreements of the terms of the contract that is established for each students

4.

curriculum.  This breach of contract was and is unlawful, arbitrary, malicious and an abuse of discretion on the part of said Western Career College, Citrus Heights, the Executive Director, Defendant Murphy, the Program Director, Defendant Michel and the Clinical Coordinator, Defendant Long.

X .

11.  Plaintiff(s) alleges that on or about February 10, 2006 she enrolled in Western Career College, Citrus Heights, in the Surgical Technician Program.

12.  Plaintiff(s) alleges that on or about February 10, 2006 Defendant's, individually and in their official capacity and the Entity of Western Career College, Citrus Heights established a written contractual agreement that contained specific terms and programs set for the contractual agreement as follows:  **See Exhibit "A" hereto attached of the Written Contractual Agreement.**

(A)  Times and dates for classes and terms were specified.

(B)  Students were to receive a clinical extern cite.

(C)  Classes would be held Monday through Thursday from 8:00 a.m. until 2:00 p.m. for the first and second terms and from 12:45 p.m. until 8:45 p.m. for the third term.

13.  Plaintiff alleges that she paid approximately $43,000 in student loans in expectation of specific performance of the contractual agreement. **See Exhibit "B" of Plaintiff's Student Loan and incurred dept.**

14.  Plaintiff alleges that she was notified via written notice by **Defendant Long** that she would need a specific set of books for the course totaling approximately $500.00.  **See Exhibit "C" hereto attached of Defendant Long written request that Plaintiff purchase specific books.**

15.  Plaintiff alleges that the purpose of the law of contracts

5.

is to protect the reasonable expectations of the parties. **Fergus v. Songer**, 150 Cal. App. 4th 552, 59 Cal. Rptr. 3d 273 (2d Dist. 2007), as modified on denial of reh.g, (June 1, 2007) and review filed, (June 14, 2007). Plaintiff alleges that Defendant's breached the contractual agreement by:

(i)    Changing the days and times to two days a week, four hours a day.

(ii)   Changing the entire curriculum midway through the course.

(iii) Changing books without prior notice which made the books Plaintiff(s) purchased obsolete.

(iv)   Failing to provide extern-ships as promised in the contractual agreement.

(v)    Failing to follow times, dates and various terms that were labeled out in the syllabus from the orientation class.

(vi)   Defendant's making up their own times.

(vii) Defendant's randomly switching the curriculum in the middle of the second and third terms, making the books Plaintiff's paid for null and void.

(viii) Having Plaintiff's to use the books they paid to be studied used as research texts that did not coincide with what Plaintiff's were studying from the switch of the random switch of the curriculum.

(ix)   Third term being canceled from the program director being replaced with another.

(x)    Caused Plaintiff's to loose out on real world experience from engaging in an inadequate curriculum that was a waist of Plaintiff's time and energy (i.e. which had not happened to any classes previous who did do their exterm at the 3rd term.

(xi)   Defendant's breached the contractual agreement from failing to place Plaintiff's at a site during the 4th term.

(xii) Failing to uphold verbal contractual agreements from promising Plaintiff's that they would be placed on a site and contacted during the break.

(xiii) **Defendant Long**, the Clinical Coordinator giving empty instructions to Plaintiff regarding filing out a resume and cover letter and give to **Defendant Long** in order to be placed on a site (i.e. Plaintiff complied, E-mailed the resume and cover letter to **Defendant Long** only to be informed that she was unable to open it, leaving Plaintiff

6.

with having to hand deliver it to **Defendant Long** the following week.)

(ivx) Showing up for class on a Monday, at the specified time, which was 8:00 a.m. on the contractual agreement only to be informed by Defendant's that Plaintiff's could go home and no school would be held and that Defendant's wasn't even sure school would be held that week. School was not held at all that week.

(xv) Assigning Plaintiff's to work on things that were established in the first term (i.e. with a Teacher and Defendant that seem like he doesn't want to handle Plaintiff's.

X I .

16. Plaintiff alleges that as a result of Defendant's, and each of them, breach of the contractual agreement she was injured and incurred a financial loss of her tuition fees totaling $34,000.00, gas mileage of $1,000.00, devoted time to an inadequate curriculum totaling $10,000.00, $500.00 purchase of books which were obsolete to the college course Plaintiff was enrolled to study for certification as a Surgical Technician. See Riverside Ranch Corp. v. Cowan 88 Cal. App. 2d 197. Plaintiff alleges that the purpose of the law of contracts is to protect the reasonable expectations of the parties. Grancillis v. Coldwell Banker Residential Brokerage Co., 143 Cal. App. 4th 761, 49 Cal. Rptr. 3d 531 (2d Dist. 2006. Also See ASP Properties Group v. Fard, Inc., 35 Cal. Rptr. 3d 343 (Cal. App. 4th Dist. 2005).

17. Plaintiff alleges that the practices of Defendant's, and each of them, at Western Career College is common and can be verified by former students of Western Career College by going on line and logging into http://www.western college.edu/.

X I I .

18. The refusal of Defendant's to uphold the written contractual agreement and provide Plaintiff with an adequate curriculum that would enable Plaintiffs to complete the necessary hours needed to become certified as

a Surgical Technician after Plaintiff paid over $34,000.00 in student loans were based on Breach of Contract, and for that reason, said action is illegal, unreasonable, arbitrary and an abuse of discretion.

### X I I I .

19.    By reason of the facts hereinabove alleged, Defendant's failure to provide an adequate curriculum and syllabus without being arbitrarily changed at random and perpetuation thereby of Defendant's Western Career College, Citrus Heights deprived Plaintiff of Equal Protection and their Rights to be Free from Discrimination in Federally Funded Programs under Title IX; The Rehabilitation Act of 1973 and the Equal Educational Opportunity Act of 1974.

### I V X .

20.    By reason of the facts hereinabove alleged, the rights of Plaintiffs and the class she represent under the due process and equal protection clauses of the Fourteenth (14th) Amendment to the Constitution of the United States, and under Title 42, USCS § 1983, have been and are being violated by Defendants, and Plaintiffs and the class she represent have suffered and will continue to suffer irreparable injury. Plaintiffs and the class she represent have no adequate remedy at law to redress the grievances set forth.

### C O U N T   I I   -   2 0 0 0 d

### I .

21.    Jurisdiction of this Court is invoked pursuant to Title 42, USCS § 2000d, and Title 28, USCS §§ 1331, 1343. This is an action in equity arising under the Fourteenth (14th) Amendment to the Constitution of the United States, and 42 USCS § 2000d, seeking relief under 42 USCS § 2000d, and 28 USCS §§ 2201, 2202.

8.

I I .

22.   This is a proceeding for declaration that Defendants have carried on and are continuing to carry on discriminatory public college educational system with the City of Citrus Heights, County of Sacramento, State of California, in violation of 42 USCS § 2000d; for a permanent injunction enjoining Defendants from carrying on the inadequate college curriculum in the future; for an order of the Court that Defendants establish and organize a college curriculum that ensures qualified certification and job placement for students with arbitrarily and randomly switching the curriculum in the middle of second and third terms; and for other appropriate relief;

I I I - X V .

23.   The allegations of paragraphs 3 through 20 of COUNT I of this Complaint are incorporated herein by reference as Sections III through IVX of this COUNT II.

X V I .

24.   Defendants have applied for, have received and have employed federal financial assistance in the support of the numerous public college education projects in said College District. Plaintiff alleges that Title VI of the Civil rights Act of 1964 (42 USCS § 2000d) provides that no person in the United States shall, on the ground of race, color, or national origin, be excluded from participation in, be denied the benefits, or be subjected to discrimination under any program or activity receiving Federal financial assistance.  Title VI, creating rights to be free from discrimination in federally financed programs can be accepted as constitutional under both the grant of the spending power of Congress and under the implementing clause of the Fourteenth Amendment. See U.S. Const., Art. I §8.

9.

X V I I .

25.  By reason of the facts hereinabove alleged, and particularly by the reason of the use of federal financial assistance by Defendants in connection with and in support of their inadequate college curriculum, the rights of Plaintiffs and the class she represent, under the Fourteenth (14th) Amendment of the United States Constitution and 42 USCS § 2000d, have been and will continue to be violated, and Plaintiffs and the class she represent have suffered and will continue to suffer irreparable injury.  Plaintiffs and  the class she represent have no adequate remedy at law to redress the grievances herein set forth.

C O U N T   I I I  –  § 1 7 0 3

I .

26.  Jurisdiction of this Court is invoked pursuant to 20 USCS § 1703, and 28 USCS §§ 1331, 1343.  This is an action in equity arising under the Fourteenth (14th) Amendment to the Constitution of the United States, and 20 USCS § 1703, seeking relief under 20 USCS § 1712, and 28 USCS §§ 2201, 2202.

I I .

27.  This is a proceeding for declaration that Defendants have carried on and are continuing to carry on an inadequate  college curriculum that doesn't properly educate students to graduate as a qualified Surgical Technician within the City of Citrus Heights, County of Sacramento, State of California, in violation of 20 USCS § 1703; for a permanent injunction enjoining Defendants from depriving Plaintiffs of equal educational opportunity in the public college education system in the future; for and Order of the Court that Defendants establish and organize an adequate college curriculum that is labeled in the assigned syllabus without changing the

10.

curriculum in the middle of the second and third   terms and that students
are allowed to study and prepare to be certified from the original books
that are purchased for the studied course; and for other appropriate relief.

### I I I – X V I I I .

28.   The allegations of paragraphs 3 through 20 of COUNT I of this
Compliant are incorporated herein by reference as Sections III through IVX
of this COUNT III.

### X I X

29.   Defendant's have denied equal education opportunity to
Plaintiff's on account of an inadequate college curriculum that doesn't unsure
a consistent college program that doesn't guarantee students graduate as
qualified Surgical Technicians and are placed at a hospital after becoming
certified, and by their failure to tale appropriate action to overcome and
inadequate college curriculum at Western Career College, Citrus Heights,
thereby, impeded equal participation by the students in instructional college
programs.

### X X .

30.   By reasons of the facts hereinabove, and particularly by reasons
of the failure to take action to overcome the inadequate college curriculum
that does not allow Western Career College Students to graduate as qualified
Surgical Technician's, the rights of the Plaintiff's and the class she
represent,   under the Fourteenth (14) Amendment of the United States
Constitution, and 20 USCS § 1703, have been and will continue to be violated,
and Plaintiffs and the class she represent have suffered and will continue
to suffer irreparable injury.   Plaintiffs and the class she represent have
no adequate remedy at law to redress the grievances herein set forth.

### C O U N T   I V .

11.

I .

31.    Jurisdiction of this Court is invoked pursuant to pendent jurisdiction.

I I .

32.    This is a proceeding for declaration that Defendants have violated the laws of the State of California and have abused the discretion granted to them under said laws; for a permanent injunction enjoining Defendants from abusing the powers, duties and discretion upon them by the laws of the State of California; for an Order of the Court that Defendants establish and organize an adequate and proficient college curriculum at Western Career College, County of Citrus Heights, State of California; and for other appropriate relief.

I I I - X X I .

33.    The allegations of paragraphs 3 through 20 of COUNT I of this complaint are incorporated herein by reference as Sections III through XIX of this COUNT IV.

I V - X X I I .

34.    The allegations of paragraphs 21 through 22 of COUNT II of this Complaint are incorporated herein by reference as Sections IVX through XXI of this COUNT IV.

V - X X I I I .

35.    The allegations of paragraphs IVX through XIX of COUNT III of this Complaint are incorporated herein by reference as paragraphs XIX through XXII of this COUNT IV.

In support of all of the allegations the following case law and authorities are incorporated herein regarding §1983 actions are available to persons whose federal constitutional rights to equal protection in

12.

education are denied by others acting under "color of law". **See Kerr v. Enoch Pratt Free Library** (1945, CA4 Md) 149 F2d 212, cert den 326 US 721, 90 L Ed 427, 66 S Ct 26; **Smith v. Hampton Training School for Nurses** (1966, CA4 Va) 360 F2d 577; **Kline v. Vlandis** (1972, DC Conn) 347 F Supp 526, affd 412 US 441, 37 L Ed 2d 63, 93 S Ct 2330; **Baltic Independent School Dist. v. South Dakota High School Activities Asso.** (1973, DC SD) 362 F Supp 780; **Moran v. School Dist.** (1972, DC Mont) 350 F Supp 1180 (student denied opportunity to play football because married); **Robertson v. Regents of University of N.M.** (1972, DC NM) 350 F Supp 100.

**WHEREFORE**, Plaintiffs pray:

(1)   That after a full hearing, this Court declare that Defendants have been and are carrying on an inadequate college curriculum that doesn't properly prepare college students to be qualified Surgical Technicians with guaranteed job placement after becoming certified at Western Career College, within the City of Citrus Heights, County of Sacramento, State of California; that such an inadequate college curriculum is in violation of the rights of Plaintiffs and the clauses of the Fourteenth (14th) Amendment to the Constitution, and under federal and state statues; and that Plaintiffs and the class she represent have the right under said Amendment and statutes to have a college organized with a consistent curriculum and a permanent teacher employed that is qualified to uphold the contractual agreement that Plaintiffs enter into with Western Career College, Citrus Heights; and other appropriate remedies;

(2)   That after a full hearing, this Court permanently enjoin Defendants from carrying on and perpetrating an inadequate college curriculum that doesn't ensure students graduate as qualified Surgical Technician's at Western Career College within the City of Citrus Heights, County of

13.

Sacramento, State of California.

   (3) That after a full hearing, this Court order Defendants to establish and organize a college curriculum that guarantee job placement after certification in the field of a Surgical Technician at Western Career College, in the City of Citrus Heights, County of Sacramento, State of California;

   (4) That Plaintiffs and the class she represents be given such other and further relief as the Court may deem just and equitable.

   I swear under the penalty of perjury that all the information alleged in this civil rights complaint are true, correct and complete and to those matters stated on information and belief, I believe them to be true.

DATED: October 24, 2008     Respectfully submitted,

                    Valerie Fanchar,
                    Plaintiff In Pro Se/

**WRITTEN CONTRACTUAL AGREEMENT**

**E X H I B I T   " A "**

PLAINTIFF'S STUDENT LOAN AND INCURRED DEBT

E X H I B I T    " B "

## TENTATIVE FINANCIAL AID AWARD



**WESTERN**
**CAREER COLLEGE**

| | | | |
|---|---|---|---|
| **Name:** | Valerie Fanchar | | |
| **Start Date:** | 2/26/2007 | **Program:** | Surgical Technology Cert |
| **Admission Rep.** | Robert S. | **FAO:** | Gaolee Vang |

Based on the information provided to the Financial Aid Office, the following ESTIMATED financial aid is being provided. ESTIMATES are subject to change and must be confirmed after the Free Application for Federal Student Aid has been processed and an OFFICIAL Expected Family Contribution (EFC) has been received. _____ Student Initial

| | 1st Academic Year | | 2nd Academic Year | | 3rd Academic Year | | Totals |
|---|---|---|---|---|---|---|---|
| **Academic Year Dates** | 2/26/2007 | 10/12/2007 | 10/22/2007 | 6/20/2008 | | | |
| **Credits - Academic Year** | 28 | | 33 | | | | |
| **Tuition** | | $14,560.00 | | $17,160.00 | | | $31,720.00 |
| **Registration Fee** | | $100.00 | | | | | $100.00 |
| **Book & Uniform Fees** | | $1,620.00 | | | | | $1,620.00 |
| **Other** | | | | | | | $0.00 |
| **Other** | | | | | | | $0.00 |
| **Total** | | $16,280.00 | | $17,160.00 | | $0.00 | $33,440.00 |

| **FUNDING SOURCES:** | 1st Academic Year | | 2nd Academic Year | | 3rd Academic Year | | Totals |
|---|---|---|---|---|---|---|---|
| | Funding Year | Gross/Net Loan | Funding Year | Gross/Net Loan | Funding Year | Gross/Net Loan | Gross Loan/Net Loan |
| **Federal Pell Grant** | 06-07 | $4,050.00 | 07-08 | $4,310.00 | | | $8,360.00 |
| **Federal Pell Grant X-over** | | | | | | | $0.00 |
| **S. E. O. G. Grant** | 06-07 | $250.00 | | | | | $250.00 |
| **Federal Subsidized Stafford*** | SUB | | SUB | | | | |
| | | $3,500.00 | | $4,500.00 | | | $8,000.00 |
| **Federal Unsubsidized Stafford*** | SUB | | SUB | | | | |
| | | $4,000.00 | | $4,000.00 | | | $8,000.00 |
| **Federal PLUS*** | $0.00 | | $0.00 | | | | $0.00 |
| **Signature Loan** | | | | | | | $0.00 |
| **Career Xpress Loan** | | $5,355.00 | | $5,610.00 | | | $10,965.00 |
| **Cal Grant C** | | | | $3,168.00 | | | $3,168.00 |
| **Stipend** | | -$2,135.00 | | -$3,168.00 | | | -$5,303.00 |
| **Total Awarded Aid** | | $15,020.00 | | $18,420.00 | | $0.00 | $33,440.00 |
| **Balance Due** | | $1,260.00 | | ($1,260.00) | | $0.00 | $0.00 |

*Subsidized and Unsub Stafford Loans (Fixed Interest Rate 6.80%, Cap 8.25%, 6 month Grace Period.
*Plus Loans (Fixed Interest Rate 8.50%, Cap 9%, No Grace Period. Interest Accrues from the time full loan amount is Disbursed)

I have read this Tentative Financial Aid Award letter and understand that it is NOT official and is contingent up eligibility requirements, full-time enrollment, completion of all necessary forms, submission of valid documents and other verification requirements as requested. I am aware that, if I fail to submit forms that are requested or sustain S.A.P. that my financial aid will cease and I will be held responsible for any tuition charge that is not covered by my Federal Funding.
I understand that I will have to reapply for my Financial Aid each Academic Year _____ Initials

Student Signature / Date 6/13/08

Financial Aid Signature / Date 6-2-08

## Student Loan Request

Student Name: Valerie Fanchar
Social Security Number: 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

*My signature below constitutes my request for a loan under the Federal Family Education Loan program, for attendance at __Western Career College.__*

**I.  I request a loan for (please circle one):**

(1st AC Year)        2nd AC Year        3rd AC Year

Subsidized Stafford Loan        $ 2,1025.00

Unsubsidized Stafford Loan        $ 4000.00

**II.  I request this loan from (please circle one)**

| Bank of America | Student Loan Xpress | Chase | (Southwest Student Services) |
|---|---|---|---|
| 806746 | 834160 | 807807 | 830630 |

**III.  I request this loan to cover the loan period from  2/26/07  to  10/12/07**

**IV.  Please check the following boxes after you have read the statements below.**

☑ I understand that this loan is to be used for educational purposes while attending Western Career College and will use the proceeds from this loan accordingly. I also understand that this and any other student loan that I may have acquired must be repaid, with interest, and that I may be charged interest on some of my loan funds even while I am in school.

☑ In addition, I understand that I must sign a Master Promissory Note (MPN) to get this loan, that I may receive additional loans in the future using this MPN, and that all debts acquired under this MPN are fully enforceable in a court of law.

☑ I further understand that I must immediately notify my lender if my status as a student changes and that failure on my part to adhere to the terms and conditions of my loan may result in default and forfeiture of some benefits afforded me in this program.

☑ Finally, I understand that I have other rights and responsibilities, and that if I am not fully aware of them I will ask the financial aid office at my school to provide me with the information.

Signature  Valerie Fanchar        Date 1-19-07

| For school use only: |
|---|
| Certification Date: _____      Certification Amount: _____ |
| Certified By: _____ |

# Student Loan Request



WESTERN
CAREER COLLEGE

Student Name: _Valerie Fanchar_

Social Security Number: _____

***My signature below constitutes my request for a loan under the Federal Family Education Loan program, for attendance at <u>Western Career College</u>***

**I.**  **I request a loan for (mark for choice of loan):**
☐ 1ˢᵗ AY          ☒ 2ⁿᵈ AY          ☐ 3ᴿᴰ AY

☐   Subsidized Stafford Loan          $ _4,500_

☐   Unsubsidized Stafford Loan          $ _4,000_

**II.**  **I request this loan from (please mark one box):**

My previous lender on record.

☐ Bank Of America  ☐ Student Loan Express  ☐ Chase  ☒ SSSC  ☐ Wachovia

**III.**  **I request this loan to cover the loan period from** _10/22/07_ **to** _6/20/08_.

**IV.**  **Please check the following boxes after you have read the statements below.**

I understand that this **loan** is to be used for educational purposes while attending Western Career College and will use the proceeds from this loan accordingly.  I also understand that this and any other student loan that I may have acquired **must be repaid**, with interest, and that I may be charged interest on some of my loan funds even while I am in school.

In addition, I understand that I must sign a Master Promissory Note(MPN) to get this loan, that I may receive additional loans in the future using this MPN, and that all debts acquired under this MPN are fully enforceable in a court of law.

I further understand that I must immediately notify my lender if my status as a student changes and that failure on my part to adhere to the terms and conditions of my loan may result in default and forfeiture of some benefits afforded me in this program.

Finally, I understand that I have other rights and responsibilities, and that if I am not fully aware of them, I will ask the financial aid office at my school to provide me with the information.

Signature _Valerie Fanchar_          Date _9/25/07_

---

FOR SCHOOL USE ONLY:

CERTIFICATION DATE:_____    CERIFIED AMOUNT:_____

CERIFIED BY:_____



# Career Xpress™ Loan*
## Application/Master Promissory Note

THIS IS A CONSUMER CREDIT TRANSACTION

### Student Borrower Information: To be completed by Student

**Student's Full Name (First/Middle/Last)** VALERIE FANCHAR

**Social Security #** 549551904    **Date of Birth** 12/12/1978

**Permanent (Home) Address** 7836 SENECA WY

**City** ANTELOPE    **State** CA    **Zip Code** 95843

**Telephone Number** ( 916 ) 348-6142

**E-mail Address** VAL261978@YAHOO.COM

**Temporary (School) Address**

**City**    **State**    **Zip Code**

**Driver's License Number / State of Issuance** B6321946    CA

**Citizenship Status (See Instructions)**
- [X] U.S. Citizen or National
- [ ] Permanent Resident    **Resident Alien ID #**
- [ ] Foreign Student    **Visa #**

**School Name** WESTERN CAREER COLLEGE - CITRUS HEIGH

**Discipline**

**Loan Amount Requested (Minimum $1,000)** $ 10965

**Academic Period (Mo/Day/Yr)** From: 02/26/2007 To: 01/26/2008

**Name of Personal Reference** TANYA TIMMINS

**Reference's Relationship to Borrower** RELATIVE

**Permanent Address of Reference** 7836 SENECA WAY

**City** ANTELOPE    **State** CA    **Zip Code** 95843

**Reference's Home Phone** ( 916 ) 3486142

**Reference's Work Phone** ( 916 ) 9685486

- [ ] I would like to start immediate payment.

### School Certification: To be completed by your School's Financial Aid Office

**School Name** Western Career College

**School Code** 009748    **Branch Code** 04

**School Address** 7301 Greenback Lane Ste A

**City** Citrus Heights **State** CA **Zip Code** 95621

**Certified Loan Amount** $ 10,965

**Year in School** [X] 1st [ ] 2nd [ ] 3rd [ ] 4th [ ] 5th

**Enrollment Status** [X] Full Time [ ] Half Time [ ] Less Than Half Time

**Academic Period (Mo/Day/Yr)** From: 02/26/2007 To: 01/26/2008

**Anticipated Graduation Date (Mo/Day/Yr)** 06/30/2008

**Recommended Disbursement Amounts**
1st $ 5355 2nd $ 5610 3rd $ 4th $
(If section not completed, disbursement will be made in equal amounts.)

**Recommended Disbursement Dates**
1st 02/26/2007 2nd 01/22/2007 3rd / / 4th / /

I hereby certify that the student named in this application is attending this institution during the academic year this Loan is applied for. I further certify that, based upon records available at this institution, the applicant is not in default on any student loan and that the information provided above is true and accurate to the best of our knowledge and belief. I certify that the sum of all loans and financial aid, including this Loan, does not exceed the cost of education at this institution.

**Signature of School Official** _Victoria McClain_    **Title** Financial Aid Director

**Print Name** Victoria McClain    **Date** 2·7·07    **Phone Number** ( 916 ) 722·8200

By my/our signature(s), I/we acknowledge that I/we have read and understand the information contained in this Application and Master Promissory Note and certify that the information supplied by me/us is true and accurate to the best of my/our knowledge and belief. The Instructions to this Application and Master Promissory Note are incorporated into and made a part of this Application. I/We authorize the lender, any assignee of the lender and any guarantor of this loan to investigate my/our creditworthiness, to obtain consumer reports from consumer reporting agencies, and to furnish information concerning my/our loan to consumer reporting agencies and other persons who may legally receive such information. I/We authorize the lender and/or its agents to obtain consumer reports from consumer reporting agencies, to be made available by law when any amounts are owed under the Master Promissory Note, and I/We agree that the Lender to report on the status and performance of this loan to any guarantor of this loan. I/We have read, understand and agree to the terms of and undertake the obligations set forth in this Master Promissory Note, including without limitation Paragraph B.3, "How I Agree to the Terms of this Loan", Paragraph M, "Borrower's Certification," and if applicable, any "Notice to Cosigner" printed or referenced in the Application and Master Promissory Note. I/We agree that the Master Promissory Note provides for the compounding of interest. The originating lender for the Application and Master Promissory Note is Liberty Bank, N.A., Twinsburg, Ohio, or its successors and assigns. I/We authorize the lender to consider this Application and Master Promissory Note as an application for the lowest cost loan for which I am qualified.

FOR ALABAMA RESIDENTS: CAUTION -- IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT.

FOR WISCONSIN RESIDENTS -- NOTICE TO CUSTOMER:
(a) DO NOT SIGN THIS APPLICATION/MASTER PROMISSORY NOTE BEFORE YOU READ THE WRITING ON THE FOLLOWING PAGES, EVEN IF OTHERWISE ADVISED.
(b) DO NOT SIGN THIS APPLICATION/MASTER PROMISSORY NOTE IF IT CONTAINS ANY BLANK SPACES.
(c) YOU ARE ENTITLED TO AN EXACT COPY OF ANY AGREEMENT YOU SIGN.
(d) YOU HAVE THE RIGHT AT ANY TIME TO PAY IN ADVANCE THE UNPAID BALANCE UNDER THIS AGREEMENT AND YOU MAY BE ENTITLED TO A PARTIAL REFUND OF THE FINANCE CHARGE.

IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT: To help the government fight the funding of terrorism and money laundering activities, federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. What this means for you: When you open an account, we will ask you for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

➤ **Signature of Borrower** _Valerie Fanchar_    **Date** 1-19-07

STOP: IF YOU USE A COSIGNER, A SIGNED AND COMPLETED COSIGNER ADDENDUM MUST BE ATTACHED TO THIS APPLICATION FOR YOUR LOAN TO BE PROCESSED.
Warning: Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties, which may include fines or imprisonment.

**Please Sign and Mail this Application and Master Promissory Note to:**
Student Loan Xpress, 4th Floor—4D, P.O. Box 2165, Harrisburg, PA 17105-2165

*THE ORIGINATING LENDER IS LIBERTY BANK, N.A., TWINSBURG, OH. Student Loan Xpress and logo are Registered Trademarks and Career Xpress is a service mark of Student Loan Xpress, Inc. CIT is a registered service mark of CIT Group Inc. © 2006 Student Loan Xpress, Inc. All Rights Reserved.
Page 1 of 3                                                                                   PL-APP-003 09/06

DEFENDANT LONG'S WRITTEN REQUEST THAT PLAINTIFF PURCHASE SPECIFIC BOOKS

E X H I B I T     " C "